ORIGINAL

RECEIVED IN CLERK'S OFFICE

JUN 0 6 2005

LUTHER D. [signature], Clerk
By: [signature]
   Deputy Clerk

(page 1)

# United States District Court
## Northern District of Georgia
## Atlanta Division

**Dale DuHart**                               )

                                              ) Civil Action
                                              ) No._____

    Plaintiff                         ) 1 05-MI-0161

vs.                                           )

                                              )

**CitiFinancial**                             )

    Defendant

## PETITION FOR STAY by Injunction

1. This civil action is commenced by **Dale DuHart**, Plaintiff, under:

Title 11, U.S.C.A. Chapter 1, §108(a) reads:

1. Except as provided in section 524 of this title, if applicable nonbankruptcy law, an order entered in a nonbankruptcy proceeding, or an agreement fixes a period for commencing or continuing a civil action in a court other than a bankruptcy court on a claim against the debtor, or against an individual with respect to which such individual is protected under section 1201 or 1301 of this title, and such period has not expired before the date of the filing of the petition, then such period does not expire until the later of—
    1. the end of such period, including any suspension of such period occurring on or after the commencement of the case; or
    2. 30 days after notice of the termination or expiration of the stay under section 362, 922, 1201, or 1301 of this title, as the case may be, with respect to such claim.

**This Petition/Complaint is in direct response to CitiFinacial's deceptive lending practices:**

**unwanted credit insurance, unneccessary fees,**

**high interest rates, and financial ramifications**

**directly effecting the pertinance of this loan
(# 5000363819).
per FTC v. CitiFinancial (9/19/02)**

N.C.G.S. § 1-23. Time of **stay** by **injunction** or prohibition

When the commencement of an action is stayed by **injunction** or statutory prohibition, the time of the continuance of the **injunction** or prohibition is not part of the time limited for the commencement of the action.

I declare or certify or verify or state under penalty of perjury that the facts and statements in this Complaint are true and correct.

Date: 6/6/06

_____
Plaintiff's Signature